PABÓN, RECURRENTE, *v.* EL REGISTRADOR DE SAN GERMÁN,
RECURRIDO.

RECURSO gubernativo contra nota del Registrador de la Propiedad de San Germán negándose a inscribir la cesión de unos créditos hipotecarios.

No. 535.—Resuelto en diciembre 23, 1922.

MENCIÓN—HIPOTECA.—Al inscribirse una hipoteca sobre una finca se mencionó en el registro, de acuerdo con la manifestación de los deudores, el hecho de haberse pagado una hipoteca inscrita y constituída sobre un condominio, de la misma finca a favor de la central "Eureka," por uno de los condueños. Ulises Pabón, cesionario del crédito sobre el condominio que la central "Eureka" había cedido anteriormente a Rafael Sánchez, presentó para su inscripción las escrituras de cesión con un acta aclaratoria en que los deudores, dueños de la finca, hicieron constar que no era cierto que el crédito hipotecario sobre el condominio hubiera sido pagado, según expresaron en la escritura de hipoteca que dió origen a la mención. Recurrida la nota del registrador que negó las inscripciones solicitadas, *se resolvió:* que la sola manifestación que en contrario hacen los deudores hipotecarios en el acta aclaratoria no es bastante para que quede destruída la mención que consta en el registro, por lo que estuvo bien denegada la inscripción a favor de Rafael Sánchez de la cesión que le hizo la "Eureka;" y no habiendo sido inscrito este documento procedía negar también la inscripción del crédito cedido por Sánchez al recurrente Pabón.

Los hechos están expresados en la opinión.

El recurrente compareció por sí propio.

El registrador recurrido no compareció.

EL JUEZ ASOCIADO SR. ALDREY, emitió la opinión del tribunal.

En el Registro de la Propiedad de San Germán se halla inscrita la hipoteca que Tomasa Vélez constituyó en el año 1912 sobre su condominio en una finca a favor de la "Central Eureka", cuyo crédito ésta cedió más tarde a Rafael Sánchez por la escritura pública número 105 de 30 de abril de 1917. Posteriormente se inscribió en el registro la escritura número 140 de 12 de junio, 1917, por la que Tomasa Vélez y sus hijos Gómez Vélez como dueños todos en común proindiviso de dicha finca la hipotecaron a Juan Ortiz Perichi, manifestando en ella que la hipoteca de la Eureka estaba satisfecha y cuyo pago se mencionó en la inscripción que en el registro se hizo

a favor de Ortiz Perichi.    En 13 de diciembre de 1921 y por
la escritura número 248 Rafael Sánchez, cesionario del cré-
dito de la Eureka lo cedió a su vez a Ulises Pabón quien pre-
sentó esa escritura en el registro para su inscripción con una
acta aclaratoria número 16 de 6 de marzo de 1922 en la que
Tomasa Vélez y sus hijos Gómez Vélez hicieron constar que
si bien en la escritura de hipoteca a favor de Ortiz Perichi se
dijo que la hipoteca de la Eureka estaba pagada, esto no era
cierto y fué consignado para facilitar el préstamo y que tam-
poco era cierto el traspaso que del crédito de la Eureka hizo
Rafael Sánchez a Manuel Gómez Vélez por escritura pública
número 138 de 12 de junio de 1917 ni otra escritura número 39
de igual fecha, otorgada por Manuel Gómez Vélez sobre carta
de pago y cancelación total de la hipoteca adquirida de Sán-
chez.

     El registrador se negó a inscribir la escritura de cesión de
la Eureka a Rafael Sánchez otorgada con el número 105 en
30 de abril de 1905, entre otros fundamentos porque en la
inscripción del crédito de Ortiz Perichi consta la mención de
haber sido pagada la hipoteca a la Eureka, y también negó
la inscripción del crédito cedido por Sánchez a Pabón por no
estar inscrito el crédito de su cedente, negativas contra las
que se ha establecido este recurso gubernativo.

     Habiendo prestado Juan Ortiz Perichi  su dinero a Tomasa
Vélez y a sus hijos Gómez Vélez bajo la manifestación que le
hicieron de haber sido pagada la hipoteca anterior de la Eu-
reka y habiendo sido mencionado este pago en los libros del
registro no creemos que la sola manifestación que en contrario
hacen ahora los deudores hipotecarios en el acta aclaratoria
que otorgaron posteriormente sea bastante para que quede des-
truída la mención que consta en el registro y por tanto en-
tendemos que estuvo bien denegada la inscripción a favor de
Rafael Sánchez de la cesión que le hizo la Eureka, y no ha-
biendo sido inscrito este documento procedía negar también

la inscripción que de tal crédito hipotecario hizo Sánchez a favor del recurrente Ulises Pabón.

Las dos notas recurridas del 19 de abril de 1922 deben ser confirmadas.

*Confirmadas las notas recurridas.*

Jueces concurrentes: Sres. Presidente del Toro y Asociados Wolf y Hutchison.

El Juez Asociado Sr. Franco Soto no intervino en la resolución de este caso.